**Joseph V. ARRIETA, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2008–3290.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2008.

## ORDER

Order Vacated, See 2008 WL 5737001.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Gregory NAKSHIN, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2008–3295.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2008.

Dennis L. Friedman, Philadelphia, PA, for Petitioner.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.